# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: WORKS, Marquis                    Cr.: 10-00775-001 & 11-00127-001
                                                    PACTS #: 57807

Name of Sentencing Judicial Officer:    THE HONORABLE STANLEY R. CHESLER
                                        SENIOR UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 10/12/2011

Original Offense: Count One, Distribution and Possession with Intent to Distribute 5 Grams or More of Cocaine Base (10-00775-001); Count One, Possession of a Firearm by a Convicted Felon; and Count Two, Failure to Appear (11-00127-001)

Original Sentence: 104 months imprisonment; 5 years supervised release; $300 Special Assessment

Special Conditions: 1) alcohol and drug testing/treatment; and 2) mental health treatment

Type of Supervision: Supervised Release            Date Supervision Commenced: 11/30/2017

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | On July 11, 2018, Works submitted a urinalysis specimen which tested positive for Amphetamine and Methamphetamine. |
| 2 | The offender has NOT maintained steady gainful employment. |
| 3 | Works has NOT satisfied the financial obligation. |

U.S. Probation Officer Action:  Probation will present this document to Works. The noncompliance detailed within may be included in a violation report if the Probation Office deems fit and noncompliance continues.

Respectfully submitted,

By: Joseph Empirio
    Senior U.S. Probation Officer

*Joseph Empirio*  Joseph Empirio
                  2018.08.10 10:49:24
                  -04'00'

Date: 08/10/2018

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[✓] No formal Court action to be taken at this time - Probation will present this document to the offender as a written reprimand issued under the authority of the United States District Court *(PROBATION RECOMMENDED)*

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

_____
Signature of Judicial Officer

8/15/18
_____
Date

**UNITED STATES DISTRICT COURT**
**PROBATION OFFICE**
**DISTRICT OF NEW JERSEY**

WILFREDO TORRES
CHIEF PROBATION OFFICER

BETH L. NEUGASS
SR. DEPUTY CHIEF PROBATION OFFICER

MAUREEN KELLY
DEPUTY CHIEF PROBATION OFFICER

SUSAN M. SMALLEY
DEPUTY CHIEF PROBATION OFFICER

August 10, 2018

U.S. COURTHOUSE
50 WALNUT ST.
ROOM 1001
NEWARK, NJ 07102
(973) 645-6161
FAX: (973) 645-2155

www.njp.uscourts.gov

Honorable Stanley R. Chesler, Senior U.S.D.J.
Martin Luther King Jr. Federal Building & Courthouse
P.O. Box 0999
Newark, New Jersey 07102-0999

RE: Works, Marquis
Dkt. #'s.: 10-00775-001 & 11-00127-001
Notice of Non-compliance –
Written Reprimand Recommended

Dear Judge Chesler:

On October 12, 2011, Marquis Works was sentenced by Your Honor on Count One, Distribution and Possession with Intent to Distribute 5 Grams or More of Cocaine Base (10-00775-001); and Count One, Possession of a Firearm by a Convicted Felon; and Count Two, Failure to Appear (11-00127-001). A custodial term of 104 months, followed by a five-year term of supervised release, was rendered and ordered to run concurrent. The offender was also ordered to pay a $300 special assessment and abide by the following special conditions: 1) alcohol and drug testing/treatment; and 2) mental health treatment. Works has been supervised by this office since his release from custody on November 30, 2017.

Works has exhibited instances of noncompliance. On July 11, 2018, he submitted a urinalysis specimen which tested positive for Amphetamine and Methamphetamine. He accepted responsibility and claims the substances were the result of Ecstasy use. He has also failed to satisfy the financial obligation and employment has been sporadic at best. Be assured, the Probation Office has increased our supervision efforts. Despite the aforementioned non-compliance, Works displays glimpses of positive reintegration. He obtained a valid driver's license and successfully completed a vocational training program.

Probation recommends presentation of the attached *Probation Form 12-A* to Works as a written reprimand issued under the authority of the Court. Hopefully, he will respond accordingly and conform to the conditions of release. If the Court concurs, please sign and docket the 12-A and return the document to the attention of the undersigned. If Your Honor requests an alternative course of action, please advise. We will make ourselves available should the Court wish to discuss this matter.

Respectfully submitted,

WILFREDO TORRES, Chief
U.S. Probation Officer

*Joseph Empirio* Joseph Empirio
2018.08.10 10:41:37
-04'00'

By: JOSEPH EMPIRIO, Sr. U.S.P.O

/jae
Attachment(s)